UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARIBU DISTRIBUTION, INC., | ) | No. 05 B 28683 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

## FINAL PRETRIAL ORDER

This matter is set for hearing on the application of Trustee Joseph Cohen to Sell Debtor's Invetory and Personal Property and for Related Relief at the United States Courthouse, 219 South Dearborn Street, Room 613, Chicago, Illinois on September 21, 2005 at 1:30 p.m. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

1. **Continuances.** The hearing date is firm. No continuance of the hearing date will be granted.

2. **Discovery.** Discovery is closed.

3. **Pleadings and Dispositive Motions.** No party seeks to file any potentially dispositive motions.

4. **Exhibits and Exhibit Lists.** On or before September 19, 2005, all parties must exchange all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered in the order of its probable presentation at the hearing. Each document must be given a separate exhibit number.

In addition to the exhibits, all parties must exchange and must file with the court a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

One (1) set of the exhibits and (1)copy of the exhibit list must be tendered to chambers on the filing date.

If no written objection to an exhibit is filed with the court, tendered to the proponent, and tendered to chambers by the close of business on September 20, 2005, the

exhibit will be deemed admitted into evidence.

     **5. Witnesses and Witness Lists.** On or before September 19, 2005, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

     **6. Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

    a.    Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

    b.    Any witness not identified and listed in accordance with this Order will be barred from testifying at the hearing. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

Dated: September 14, 2005

                                      ENTER: _____
                                                A. Benjamin Goldgar
                                                United States Bankruptcy Judge