# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
 §
CARIBU DISTRIBUTION INC § Case No. 05-28683 ABG
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on         . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was          . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 05-28683 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CARIBU DISTRIBUTION INC | Date Filed (f) or Converted (c): | 07/20/05 (f) |
| | | 341(a) Meeting Date: | 08/25/05 |
| For Period Ending: | 06/03/10 | Claims Bar Date: | 11/25/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 500.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 3,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 3. DEPOSITS | 32,866.47 | 5,000.00 | | 0.00 | 0.00 |
| 4. OFFICE EQUIPMENT | 8,917.79 | 2,000.00 | | 2,000.00 | FA |
| 5. MACHINERY | 30,572.22 | 8,000.00 | | 4,000.00 | FA |
| 6. INVENTORY | 95,976.73 | 10,000.00 | | 7,226.85 | FA |
| 7. UTILITY DEPOSIT (u) | 0.00 | 0.00 | | 574.21 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 76.72 | Unknown |
| TOTALS (Excluding Unknown Values) | $171,833.21 | $26,000.00 | | $13,877.78 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL ASSETS OF THE DEBTOR. TRUSTEE HAS SOLD ASSETS OF DEBTOR. TRUSTEE ALSO GOING TO CONDUCT A PREFERENCE ANALYSIS. TRUSTEE TO EMPLOY AN ACCOUNTANT TO FILE TAX RETURNS. TRUSTEE PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/06    Current Projected Date of Final Report (TFR): 03/30/10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-28683 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CARIBU DISTRIBUTION INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9227 Interest earning MMA Account |
| Taxpayer ID No: | *******0693 | | | |
| For Period Ending: | 06/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/05 | 4, 5, 6 | AMERICAN AUCTION ASSOCIATES INC | | 1129-000 | 13,226.85 | | 13,226.85 |
| 10/18/05 | 000301 | RENAISSANCE PLACE LLC | ADMINISTRATIVE RENT CLAIM | 2410-000 | | 9,180.15 | 4,046.70 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.45 | | 4,048.15 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.00 | | 4,050.15 |
| 12/21/05 | 7 | COM ED | Utility Payment | 1290-000 | 574.21 | | 4,624.36 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.10 | | 4,626.46 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.36 | | 4,628.82 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,632.12 |
| 03/14/06 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.53 | 4,628.59 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.93 | | 4,632.52 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.80 | | 4,636.32 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.94 | | 4,640.26 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.81 | | 4,644.07 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.94 | | 4,648.01 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.95 | | 4,651.96 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.82 | | 4,655.78 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.96 | | 4,659.74 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.83 | | 4,663.57 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.96 | | 4,667.53 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.97 | | 4,671.50 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.58 | | 4,675.08 |
| 03/01/07 | 000303 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 3.76 | 4,671.32 |
| 03/01/07 | 000304 | American Auction Associates | Auctioneer expenses per court order | 3620-000 | | 3,000.00 | 1,671.32 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.96 | | 1,675.28 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.71 | | 1,676.99 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.42 | | 1,678.41 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.37 | | 1,679.78 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-28683 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CARIBU DISTRIBUTION INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9227 Interest earning MMA Account |
| Taxpayer ID No: | *******0693 | | | |
| For Period Ending: | 06/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.43 | | 1,681.21 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.43 | | 1,682.64 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.06 | | 1,683.70 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.08 | | 1,684.78 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.90 | | 1,685.68 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.81 | | 1,686.49 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.67 | | 1,687.16 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.40 | | 1,687.56 |
| 03/25/08 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.49 | 1,686.07 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.40 | | 1,686.47 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.35 | | 1,686.82 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.21 | | 1,687.03 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.21 | | 1,687.24 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.21 | | 1,687.45 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.21 | | 1,687.66 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.21 | | 1,687.87 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.16 | | 1,688.03 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.13 | | 1,688.16 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 1,688.25 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,688.26 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,688.27 |
| 02/28/09 | 000306 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 1.39 | 1,686.88 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,686.89 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,686.93 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,686.97 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.09 |

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-28683 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | CARIBU DISTRIBUTION INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9227 Interest earning MMA Account |
| Taxpayer ID No: | *******0693 | | | |
| For Period Ending: | 06/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.13 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.17 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.25 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.29 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,687.33 |
| 03/26/10 | 000307 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.01 | 1,685.32 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,685.37 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,685.41 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,685.45 |

| Account *******9227 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2 | Deposits | 13,801.06 | 7 | Checks | 12,192.33 |
| | 56 | Interest Postings | 76.72 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 13,877.78 | | | |
| | | | | | Total | $ 12,192.33 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 13,877.78 | | | |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) (Page: 6)

Ver: 15.09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 05-28683 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CARIBU DISTRIBUTION INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9227  Interest earning MMA Account |
| Taxpayer ID No: | *******0693 | | |
| For Period Ending: | 06/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-28683 | | Page 1 | | Date: June 03, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | CARIBU DISTRIBUTION INC | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000004 040 5800-00 | Illinois Dept of Employment Security<br>Bankruptcy Unit - 4th Floor<br>33 S State St<br>Chicago IL 60603 | Priority | | $197.34 | $0.00 | $197.34 |
| 000001 070 7100-00 | Nancy Gold<br>1710 Central Ave<br>Deerfield IL 60015 | Unsecured | | $88.47 | $0.00 | $88.47 |
| 000002 070 7100-00 | ILLINOIS BELL TELEPHONE COMPANY<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Unsecured | | $547.78 | $0.00 | $547.78 |
| 000003 070 7100-00 | Renaissance Place, LLC<br>1849 Greenbay Rd., Suite 280<br>Highland Park, IL 60035 | Unsecured | | $118,311.04 | $0.00 | $118,311.04 |
| 000005 070 7100-00 | Lemur Caribu, S.A.<br>c/o Mark E. Leipold<br>Gould & Ratner<br>222 N. LaSalle Street<br>Suite 800<br>Chicago, IL 60601 | Unsecured | | $59,507.07 | $0.00 | $59,507.07 |
| | Case Totals: | | | $178,651.70 | $0.00 | $178,651.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-28683 ABG
Case Name: CARIBU DISTRIBUTION INC
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
|  | *Attorney for debtor:* _____ | $_____ | $_____ |
|  | *Attorney for:* _____ | $_____ | $_____ |
|  | *Accountant for:* _____ | $_____ | $_____ |
|  | *Appraiser for:* _____ | $_____ | $_____ |
|  | *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *Illinois Dept of Employment Security* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Nancy Gold* | $_____ | $_____ |
| *000002* | *ILLINOIS BELL TELEPHONE COMPANY* | $_____ | $_____ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000003* | *Renaissance Place, LLC* | $_____ | $_____ |
| *000005* | *Lemur Caribu, S.A.* | $_____ | $_____ |

   Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

   Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $    .