# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| CARIBU DISTRIBUTION INC | § | Case No. 05-28683 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 07/23/2010 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
CARIBU DISTRIBUTION INC   §   Case No. 05-28683 ABG
        §
    Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 13,877.78 |
| *and approved disbursements of* | $ | 12,192.33 |
| *leaving a balance on hand of*[1] | $ | 1,685.45 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 1,685.45 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 197.34  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | Illinois Dept of Employment Security | $           197.34 | $             0.00 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 178,454.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Nancy Gold* | $            88.47 | $             0.00 |
| *000002* | *ILLINOIS BELL TELEPHONE COMPANY* | $           547.78 | $             0.00 |
| *000003* | *Renaissance Place, LLC* | $       118,311.04 | $             0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Lemur Caribu, S.A. | $ 59,507.07 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: driddick              Page 1 of 1                  Date Rcvd: Jun 28, 2010
Case: 05-28683                 Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Jun 30, 2010.
db          +Caribu Distribution Inc,   Caribu Kids,   C/o Luc Tabourot,   4270 Waterford Way,
               Gurnee, IL 60031-5803
aty         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty         +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Laura J Maitland,   Rawles & Maitland,   325 Washington Street Suite 301,
               Waukegan, IL 60085-5526
aty         +Linda M Kujaca,   Law Office of Deborah K. Ebner,   11 E. Adams,   Suite 904,
               Chicago, IL 60603-6306
tr          +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
9602480    ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,   P. O. Box 30715,
               Salt Lake City, UT 84130-0715)
9602481      Blu,   754 Chemin De La Montagne,   Mont Sait Hilaire,   Que J3G 4S6, Canada
9602482      Cantex Apparel, Inc.,   333 Rue Chabanel, Ste. 800,   Montreal, Que. H2N 2E7, Canada
9602483     +Capital One, F.S.B.,   P. O. Box 790217,   St. Louis, MO 63179
9602484     +Chicago Tribune,   Regional Advertising,   1717 N. Penny Lane, Ste. 205,
               Schaumburg, IL 60173-5602
9602485     +Cintas,   1025 National Parkway,   Schaumburg, IL 60173-5620
9602486     +Citibank, F.S.B.,   P. O. Box 87126,   Chicago, IL 60680-0126
9602488     +Computic, Inc.,   4270 Waterford Way,   Gurnee, IL 60031-5803
9602489     +Davis Street Land Company,   622 Davis St., Ste. 200,   Evanston, IL 60201-4491
9602490     +Ed Rodbro Agency,   33 N. Waukegan Rd., Ste. 205,   Lake Bluff, IL 60044-1664
10027001    +ILLINOIS BELL TELEPHONE COMPANY,   PO BOX 981268,   WEST SACRAMENTO, CA 95798-1268
10705958    +Illinois Dept of Employment Security,   Bankruptcy Unit - 4th Floor,   33 S State St,
               Chicago IL 60603-2804
9602491      Lemur Caribu, S.A.,   Ctra. Cicera, 14,   08304 Metaro,   Barcelona, Spain
10790049    +Lemur Caribu, S.A.,   c/o Mark E. Leipold,   Gould & Ratner,   222 N. LaSalle Street,   Suite 800,
               Chicago, IL 60601-1086
9602492     +Liberty Mutual Insurance Co.,   c/o Ed Rodbro Agency,   33 N. Waukegan Rd., Ste. 205,
               Lake Bluff, IL 60044-1664
9602493     +Luc Tabourot,   4270 Wateford Way,   Gurnee, IL 60031-5803
9925961     +Nancy Gold,   1710 Central Ave,   Deerfield IL 60015-3941
9602494     +Pioneer Press,   3701 W. Lake Ave.,   Glenview, IL 60026-1277
9602495     +R&D International, Inc.,   10559 West Altadena Ct.,   Casa Grande, AZ 85194-7458
9602496     +Renaissance Place, LLC,   1849 Greenbay Rd., Suite 280,   Highland Park, IL 60035-3167
9602497      SBC,   Payment Center,   CHicago, IL 60663-0001

The following entities were noticed by electronic transmission on Jun 28, 2010.
9602487       E-mail/Text: legalcollections@comed.com                                  Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0001
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2010**                    **Signature:** *Joseph Speetjens*